[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED** NF
6/2/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

James Morgan
8158 So. Chappel
Chicago, IL 60617

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Auto Zone

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

17CV2838
JUDGE WOOD
MAG. JUDGE COX

Case 
(To be supplied by the Clerk of this Court)

**RECEIVED**
APR 14 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**   AMENDED COMPLAINT

_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

__X__   OTHER (cite statute, if known) Title III of A.D.A.

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: James Morgan
   B. List all aliases: NONE
   C. Prisoner identification number: N/A
   D. Place of present confinement: N/A
   E. Address: 8158 So. Chappel Chicago, IL 60617

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Auto Zone c/o CT Corporation System
      Title: CT Corp. Systems Register Agent
      Place of Employment: 208 So. La Salle #814 Chgo IL 60604

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: James Morgan Docket number: 1:16-cv-07661

B. Approximate date of filing lawsuit: Jan 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James MORGAN

D. List all defendants: Chicago Park District Westrec Management

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal

F. Name of judge to whom case was assigned: 

G. Basic claim made: Employment Discrimination

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled

I. Approximate date of disposition: 2/28/2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Now Comes Plantiff, James Morgan, at approximatly 3:00 PM on Feb. 24, 2017 at Auto Zone Store located at 8127 So. Cootage Grove Ave. Chicago, IL, to buy a fuel pump. While standing at the Counter and also while appling for an Auto Zone Loyality Card (See Attached Exh. A). A lady named Ms. Davis Came Storming into the Store and come right up to the Counter where I was standing and said "What was at this Counter? ... Look at my Coat", Her Coat had been burn by battery acid. It was literally Coming apart right before your eyes. I had my hands on said Counter and was leaning on it also to better see the Computer monitor while answwing questions Asked by Auto Zone Employee, Keith. Keith stopped the transaction and told me and Ms. Davis to go to the back of the store and wash our Hands. Then I Finished my transaction (see attached Exh B)

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I dropped off the part to my mechanic. I then started feeling a warm + wet sensation and then realized that the battery acid had burned through my shirt and my ostomy bag. So I went home and took off the burnt ostomy bag and tried to clean the area best I could. My skin had blisters and was red and started burning + itching and I could NOT put on another ostomy bag. I had tryed seven before I went to So. Shore Hospital (see attached Exh. C). I called the Auto Zone Store while at the Emergency Room and was told by a Ms. Domnick that the manager, Mr. Robert, would look at the Video Tape and if they were liable someone from the "home office" would call me. So I gave Ms. Donnick my phone number. ON Feb 28, 2017 at 3:26 p.m. I received a phone call from a Ms. Liz Ragsdale from Auto Zone.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

After telling me how sorry she was about the said incident she asked me If She could take a recorded Statement, and I told her fine. During the recorded statement she asked how much my coat cost, how much time I missed from work, and what type of work I do, etc. I answered all her questions, however when I told her I was an Ostomy patient and what the battery acid Had did to my skin. She then cut off the whole Conversation and that she would "get back to me".

Then on March 7, 2017 I received a letter from Liz Ragsdale (See attached Exh D) The letter said that Auto Zone was NOT Liable. However, I was told by the store management that I would NOT EVEN get a call unless there was some Liability on their part.

It was the fact that I was disabled that made Ms. Liz Ragsdale discriminate against me, a certified disabled man, do now can't



Revised 9/2007

Case: 1:17-cv-02838 Document #: 7 Filed: 06/02/17 Page 7 of 15 PageID #:31

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Hardly leave the HOUSE Because I can't seem to keep an Ostomy Bag on for over 2 hours at a time. This is a clear Violation of A.D.A. title III for me to be Discriminated as I WAS, all after Sounding so positive and even giving me the Claim number before she was told that I had A Disability, by me during our recorded statement, and conversation.

7

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_In excess of $50,000.00_

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _14th_ day of _April_, 20_17_

_James Morgan_ (signature)

(Signature of plaintiff or plaintiffs)

_James Morgan_
(Print name)

_M625-4445-3283_
(I.D. Number)

_8158 So. Chappel_
_Chicago, IL 60617_
_U.S.A._
(Address)

8

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Plaintiff Exh B

```
         AutoZone 4425
          8127 S COTTAGE
          CHICAGO, IL
          (773) 483-8741

     Loyalty Card 910100XXXXXX8864

  #342659   DFG0215         119.99 P
           DFG0215
       Delphi Fuel Pump Module, EA
              SUBTOTAL      119.99
       TOTAL TAX @ 10.250%   12.30
                 TOTAL      132.29
       XXXXXXXXXXXX1232 DEBIT 132.29
              APPROVAL #

     REG #14  CSR #04 RECEIPT #000939
          STR. TRANS #846917
              STORE #4425
          DATE 02/24/2017 15:28

            # OF ITEMS SOLD 1
```



```
Member: JAMES MORGAN

Credits Towards Next Reward: 1

PERSONAL WARRANTY INFORMATION
MORGAN   JAMES
60617
( 773 ) 916 - 0044


1996 Chrysler Truck Town & Country 2WD
Item: 342659 DFG0215  DELPHI FUEL PUM
LIMITED LIFETIME WARRANTY PERIOD

         Limited Warranty
If a part fails during the warranty
period shown on this receipt, bring the
part to any AutoZone store and you will
receive a replacement or refund.
Warranty excludes damage caused by
misuse, abuse, other faulty parts,
improper installation or off-road,
commercial or marine use. Warranties on
replacement parts cover the unused
portion of the original warranty or
   days, whichever is longer.
Warranties expire when you sell your
vehicle.
THIS LIMITED WARRANTY REPRESENTS THE
TOTAL LIABILITY OF AUTOZONE, FOR ANY
PART OR PRODUCT. AUTOZONE MAKES NO
OTHER WARRANTIES, EXPRESS OR IMPLIED,
INCLUDING THE IMPLIED WARRANTIES OF
MERCHANTABILITY OR FITNESS FOR A
PARTICULAR PURPOSE.
AUTOZONE SHALL NOT BE LIABLE FOR
INDIRECT SPECIAL INCIDENTAL OR
```



(2.)

approx 30 minutes after contact I went home and noticed the Battery Acid had Burned through my Coat and I noticed a Wet feeling and also Noticed my ostomy bag was leaking because the battery Acid. And when I removed the bag I noticed my skin was blistering and very Red and irrerated ...

Later that same day I called the same Auto Zone Store and talked to a Ms. Donnick (SP) who told me the manager Mr. Robert would look at the store tape and If it was deemed that it was their fault the home office would be in contact with me.

After the above conversation and Approx 8:00 PM I went to the emergency room At South Shore hospital because the burning was get worse and I could not put any ostomy bag on. See attached hospital bill, exhibit A

On feb 28, 2017 at 3:26 pm I received a call from a women who ID herself as Liz Ragdale from the home office of A.Z. she appotized for my injuries and she ask If she could do

# SOUTH SHORE HOSPITAL
8012 S. CRANDON AVE.   CHICAGO, IL 60617
(773)356-5000

MED REC#: **M000285562**   NAME: **MORGAN, JAMES D**   ACCOUNT#: **V00163959646**

ADMIT DATE/TIME: **02/24/17 1949**   DISCHG DATE/TIME: **02/24/17 2026**

```
BIRTHDATE: 10/04/1953    SERV/LOC:              ER         SOC SEC#:    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
AGE:       63            ROOM/BED:                         PAT STATUS:  DEP ER
SEX:       M             ACCOM:                            PRIORTY:     ER
FIN CLASS: CO            ADMIT SOURCE: 1 EMERGENCY ROOM    CONF:
PHYS DIAG:               ADMITTING DIAGNOSIS: RASH ON SKIN FROM BATTERY ACID
```

*** PATIENT INFORMATION ***

```
PATIENT:      MORGAN, JAMES D            MARITAL ST: D DIVORCED
ADDRESS:      8158 S CHAPPEL AVE         RELIGION:   BAPTIST
              CHICAGO, IL 60617          RACE:       AFRICAN AMERICAN
                                         HISPANIC:   NO
PHONE HM#:    (773)916-0044              LANGUAGE:   ENGLISH
PHONE WK#
```

*** PHYSICIAN INFORMATION ***

```
PRIMARY CARE PHYS:                       FAMILY PHYS:
ADMIT PHYSICIAN:                         OTHER PHYS:
ATTENDING/ER PHYS: SAVIANO, DANIEL P MD
```

*** CONTACT INFORMATION ***

```
NEXT OF KIN:     MORGAN III, JAMES       PERSON TO NOTIFY:    MORGAN III, JAMES
NOK ADDRESS:     NONE GIVEN              PERSON NOTIFY ADD:   NONE GIVEN
                 CHICAGO, IL 60617                            CHICAGO, IL 60617
NOK PHONE #:     (773)987-5005           PERSON NOTIFY PH#:   (773)987-5005
NOK WK PH #:     SON                     PERSON NOF WK PH#:   SON
NOK RELATION:
```

*** EMPLOYMENT INFORMATION ***

```
EMPLOYER:    RETIRED                     OCCUPATION:  RET-2015
ADDRESS:                                 EMP PHONE #:
```

*** GUARANTOR INFORMATION ***

```
GUARANTOR NAME:  MORGAN, JAMES D         GUAR EMPLOYER: RETIRED
GUAR ADDRESS:    8158 S CHAPPEL AVE      GUAR EMP PH #:
                 CHICAGO, IL 60617       RELATIONSHIP:  SELF / SAME AS PATIENT
GUAR PHONE NO:   (773)916-0044           GUARANTOR SS#: 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

    INSURANCE                POLICY #              GROUP #         SUBSCRIBER
1 COMPANION LIFE             CL14940300            H11-H1101       MORGAN, JAMES D
    P.O. BOX 99906, GRANDPRAIRIE, TX 76099
    (800)661-0148
2

3
```

```
ADMIT COMMENT: COMPANION LIFE                                 ADM CLERK: ADMAJR
                       *** ADVANCE DIRECTIVES ***
DO YOU HAVE A LIVING WILL?   N           LOCATION OF THE WILL:
WAS PRIVACY NOTICE GIVEN?  Y             PORTAL INSTRUCTIONS GIVEN:  Y
DATE SIGNED: 11/30/14
```

*Plaintiff Exh C*

South Shore Hospital
8012 S Crandon Avenue
Chicago, IL 60617

ED PROVIDER REPORT

Patient Name: MORGAN, JAMES D
DOB: 10/04/1953    MR#: M000285562
Age: 63
Sex: M    Acct#: V00163959646
Arrival Date/Time: 02/24/17  1919
ED Physician: SAVIANO, DANIEL P MD

Admit Date:    Attending Physician:

## General
**Chief Complaint:** Skin Complaint
**Stated Complaint:** RASH ON SKIN FROM BATTERY ACID
**Time seen by MD:** 19:57
**Date Seen by MD:** Feb 24, 2017

## History of Present Illness
**Initial Comments**
63 yoa b male, hx of colon cancer, colostomy bag, seen for being exposed to car battery acid on stomach, hands 5 hours ago. Pt states he immedately irrigated areas. complains of slight pain, burning sensation.
**Allergies:**
**Coded Allergies:**
   NO KNOWN ALLERGIES (Unverified, 11/30/14)
**Home Meds**
**Reported Medications**
**Levothyroxine Sodium** (Synthroid*) 137 Mcg Tablet, 0.137 MG PO DAILY for THYROID, #30 TAB 0 Refills
   2/24/17
**Discontinued Scripts**
**Triamcinolone Acetonide** (Triamcinolone Acetonide*) 0.1% Oin, 0.1 MG TOP BID for rash, #80 GM 0 Refills
   Prov:MOTLEY,CHARLES MD         11/30/14

## Past Medical History
**Past Medical History:** Hypertension, Other
**Other Medical History:**
CROHN'S DISEASE --COLON SURGERY 10 YRS AGO
**Hx MRSA:** No

**Skin:** see HPI (R calf tenderness, edema, no palpable chord, homen positive)
**All Systems:** Negative except as marked

## Physical Exam
**General Appearance:** WD/WN, mild distress
**Eyes:** bilateral eye EOMI, bilateral eye PERRL, bilateral eye normal inspection
**Ear, Nose, Throat:** hearing grossly normal, normal ENT inspection, normal pharynx
**Neck:** non-tender
**Respiratory:** chest non-tender, lungs clear, normal breath sounds, no respiratory distress, no accessory muscle use
**Cardiovascular:** normal peripheral pulses, regular rate, rhythm, no edema, no gallop, no JVD, no murmur
**Peripheral Pulses:** 4+ carotid (R), 4+ carotid (L), 4+ femoral (R), 4+ femoral (L), 4+ dorsalis pedis (R)
**Gastrointestinal:** normal bowel sounds, non tender, soft, no organomegaly, no pulsatile mass
**Back:** normal inspection, no CVA tenderness, no vertebral tenderness
**Extremities:** normal range of motion, non-tender, normal inspection, no pedal edema, no calf tenderness, normal

*Plantiff Exh D*

**AutoZone®**

123 South Front Street, Dept. 8030, Memphis, TN 38103 Phone 901-495-6990

March 7, 2017

James Morgan
8158 South Chappel Avenue
Chicago, IL 60617

Re:  Date of Alleged Incident:  February 24, 2017
     Our Claim Number:  002109-009749-GB-02

Dear Mr. Morgan,

We have concluded the investigation regarding the alleged incident that occurred on February 24, 2017, at 8127 South Cottage Grove, Chicago, IL 60619. There was no negligence on behalf of AutoZone to have caused the incident or any injuries; therefore, we must respectfully deny your claim.

Please be reminded there is no Medical Payments Coverage available on AutoZone's insurance policy. Please provide a copy of this letter to your health insurance carrier.

Sincerely,

Liz Ragsdale
General Liability Claims Adjuster
Risk Management Department
Tel: 901-495-6990
Fax: 901-495-8317
elizabeth.ragsdale@autozone.com

A = Loy. Card
B = Reciept
C = So. Shore
D = A.Z. Let