# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

James Morgan,

Plaintiff(s),

v.

Autozone Parts, Inc.,

Defendant(s).

Case No. 17 cv 2838
Judge Susan E. Cox

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Defendant, Autozone Parts, Inc and against the Plaintiff, James Morgan. Defendant's motion to dismiss is granted.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Susan E. Cox on a motion to dismiss.

Date: 12/12/2017                    Thomas G. Bruton, Clerk of Court

                                    Nakita Perdue , Deputy Clerk